```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 14348
   JOHNNY LEON PIPPEN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3620

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/04/2008 and was not confirmed.

      The case was dismissed without confirmation 07/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                        PAID           PAID
--------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING NOTICE ONLY    NOT FILED            .00             .00
THOMPSON ROSENTHAL & WAT NOTICE ONLY    NOT FILED            .00             .00
PRO SE DEBTOR            DEBTOR ATTY          .00                            .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                          .00                  .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/29/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE